In the Matter of the PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ISAAC G. JOHNSON AND COMPANY, Appellant.

*Eminent domain — condemnation proceedings — refusal to make award for good will or for personal property used in business.*

*Matter of People* v. *Johnson & Co.*, 219 App. Div. 285, affirmed.
(Argued June 14, 1927; decided July 20, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1927, in so far as it affirmed an order of Special Term confirming the report of commissioners refusing to make any award to defendant for good will and in so far as it reversed that part of the order of Special Term as amended the report of commissioners by adding thereto the stipulated amount of damage to personal property necessarily in use in the conduct of defendant's business at the time of institution of condemnation proceedings, with interest. The proceeding was brought under chapter 414 of the Laws of 1913 to acquire lands and lands under water and cede the same to the United States for the purpose of straightening the Harlem Ship Canal.

*Martin Conboy, Morgan J. O'Brien, Harry B. Chambers* and *John Jay McKelvey* for appellant.

*Albert Ottinger, Attorney-General (James Gibson* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.